TULLY, Respondent, v. NEW YORK & T. S. S. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 6, 1897.) Action by Michael Tully against the New

York & Texas Steamship Company. No opinion. Motion denied. See 42 N. Y. Supp. 29, 1134.